UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS GIRGENTI,

              Plaintiff,

- against -

CHARTER COMMUNICATIONS, INC., SPECTRUM MANAGEMENT HOLDING COMPANY, LLC (f/k/a TIME WARNER CABLE INC.), and PAUL RODRIGUEZ, individually,

              Defendants.

**ORDER**

19 Civ. 1731 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for January 16, 2020 is adjourned. A conference is scheduled for **February 13, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge