UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS GIRGENTI,

                Plaintiff,

- against -

CHARTER COMMUNICATIONS, INC.,
SPECTRUM MANAGEMENT HOLDING
COMPANY, LLC (f/k/a TIME WARNER
CABLE INC.), and PAUL RODRIGUEZ,
individually,

                Defendants.

**ORDER**

19 Civ. 1731 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the reference to Judge Wang, the conference in this matter currently scheduled for October 28, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
       October 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge