UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICHOLAS GIRGENTI,

                  Plaintiff,    19-cv-1731 (PGG) (OTW)

    -against-    **ORDER**

CHARTER COMMUNICATIONS, INC. et al.,

                 Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 79. The Court will hold a Pre-Settlement Conference Call in this matter on **December 7, 2022, at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Judge Gardephe's rules require a pre-motion conference before commencing motion practice. The parties are directed to submit a letter to Judge Gardephe's Chambers in accordance with his Rules regarding any planned dispositive motions by **November 4, 2022**.

SO ORDERED.

Dated: October 20, 2022
New York, New York

                                                            _s/ Ona T. Wang_
                                                             **Ona T. Wang**
                                             United States Magistrate Judge