**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NICHOLAS GIRGENTI,

                        Plaintiff,                        19-cv-1731 (PGG) (OTW)

       -against-                                    **ORDER**

CHARTER COMMUNICATIONS, INC. et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to file a joint status letter by **January 13, 2023**, informing the Court whether they believe further settlement discussions with the Court will be productive at in this matter.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: December 15, 2022                                  **Ona T. Wang**
      New York, New York                    United States Magistrate Judge